**LAW OFFICES OF**
**SANJAY CHAUBEY**

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 JUN -1  A 11: 05

18 East 41st Street Suite 1704
New York, New York 10017
Phone:   (212) 563-3223
Fax:       (212) 563-4534
E-mail: chaubeylaw@gmail.com

May 31, 2017

**BY FED EX**

CLERK OF THE COURT
MARTING LUTHER KING BUILIDING
U.S. DISTRICT COURT OF NEW JERSEY
50 Wallnut Street, Room 4015
NEWARK, NJ 07101

**Re: Simran Services LLC et. al. V. Everest Foods Inc. et. al.**
**Civil Action No. 17-CV-03808**

Subject : Submission of Defendants Answer with Counterclaim

Dear Madam or Sir

I Sanjay Chaubey, attorney of record for Defendants state as under.
I am the attorney of record for the Defendants in the matter before United States District Court, Southern District of New York.  The said case is transferred by, Order of the Court dated May 17, 2017 to the New Jersey District.  As such I do not have access ECF filing with the New Jersey District.  Upon inquiry we were informed by the Clerk of the Court that we should file paper copy of the Answer and Counterclaim as due date is June 2,2017.
I further state that I have served a true copy of the said Answer with Counterclaims on the Plaintiffs attorney Jeffery Cohen of Flaster/Greenberg P.C., by Email.

Thank you for your attention to this manner.

Respectfully,

Sanjay Chaubey, Esq. (SC-3241)
*Attorney for the Defendant*

1