**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>**UNITED STATES MAGISTRATE JUDGE** | U.S. COURTHOUSE<br>2 FEDERAL SQUARE, ROOM 369<br>NEWARK, NJ 07101 |
|---|---|

June 13, 2017

**LETTER ORDER**

Re: **Simran Services LLC, et al. v. Everest Foods Inc., et al.**
    **Civil Action No. 17-3808 (JMV)**

Dear Counsel:

As discussed during the telephone conference held in this matter earlier today, and for the reasons set forth on the record, the Court orders the following:

1) Counsel for Defendants shall retain local counsel and file an application for admission *pro hac vice* by no later than **June 16, 2017**.

2) Plaintiffs may serve ten (10) requests for production on Defendants by no later than **June 13, 2017**. Defendants shall serve their responses by no later than **June 16, 2017**.

3) Defendants may file an application for the entry of a Preliminary Injunction by no later than **June 26, 2017**. Defendants shall file their response by no later than **July 10, 2017**. The application shall be returnable before the Honorable John Michael Vazquez, U.S.D.J. on **June 14, 2017**.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
    **JAMES B. CLARK, III**
    **United States Magistrate Judge**